UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Disciplinary Matter of | Case No. 14-mc-00958 GHK |
| Cristofer Ivan Leffler | ORDER VACATING ORDER TO SHOW CAUSE |
| California State Bar #208129 | |

On November 5, 2014, the Court issued an Order to Show Cause why the attorney named above should not be suspended from the Bar of this Court as a result of her suspension by the Supreme Court of California for nonpayment of state bar membership fees. The Court has confirmed that the Supreme Court's suspension is no longer in effect. Accordingly, IT IS ORDERED that this Court's Order to Show Cause is vacated.

Date: January 14, 2015

_____
CHIEF UNITED STATES DISTRICT JUDGE